1  WILLARD K. TOM
   General Counsel

2
3  JAMES E. ELLIOTT
        jelliott@ftc.gov
   Texas Bar No. 06557100

4  JAMES E. HUNNICUTT
        jhunnicutt@ftc.gov

5  Texas Bar No. 24054252
   Federal Trade Commission

6  1999 Bryan Street, Suite 2150
   Dallas, Texas 75201

7  (214) 979-9373 (Elliott)
   (214) 979-9381 (Hunnicutt)

8  (214) 953-3079 (Fax)

9
10 JOHN D. JACOBS
        jjacobs@ftc.gov
   California Bar No. 134154

11 Federal Trade Commission
   10877 Wilshire Blvd., Ste. 700

12 Los Angeles, California 90024
   (310) 824-4343 (voice)

13 (310) 824-4380 (fax)

14 Attorneys for Plaintiff
   FEDERAL TRADE COMMISSION

15

16           UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
17               SOUTHERN DIVISION

18 _____
                                      )
   FEDERAL TRADE COMMISSION,          )   Case No.   SACV09-770 DOC(ANX)
19                                     )
              Plaintiff,               )
20                                     )
              v.                       )   COMPLAINT FOR
21                                     )   INJUNCTIVE AND
   LUCASLAWCENTER "INCORPORATED",      )   OTHER EQUITABLE
22   a corporation, also d/b/a Lucas Law Center; )   RELIEF
                                       )
23 FUTURE FINANCIAL SERVICES, LLC,     )
     a limited liability company, also )
24   d/b/a Lucas Law Center;           )
                                       )
25 PAUL JEFFREY LUCAS,                 )
     an individual;                    )
26                                     )
   CHRISTOPHER FRANCIS BETTS,          )
27   an individual; and               )
                                       )
28                                     )

WILLARD K. TOM
General Counsel

JAMES E. ELLIOTT
    jelliott@ftc.gov
Texas Bar No. 06557100
JAMES E. HUNNICUTT
    jhunnicutt@ftc.gov
Texas Bar No. 24054252
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9373 (Elliott)
(214) 979-9381 (Hunnicutt)
(214) 953-3079 (Fax)

JOHN D. JACOBS
    jjacobs@ftc.gov
California Bar No. 134154
Federal Trade Commission
10877 Wilshire Blvd., Ste. 700
Los Angeles, California  90024
(310) 824-4343 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION



*lodged complaint
edocs 7/7 at 11:37*

FILED

2009 JUL -7 AM 11: 37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**LUCASLAWCENTER "INCORPORATED",**<br>  a corporation, also d/b/a Lucas Law Center;<br><br>**FUTURE FINANCIAL SERVICES, LLC,**<br>  a limited liability company, also<br>  d/b/a Lucas Law Center;<br><br>**PAUL JEFFREY LUCAS,**<br>  an individual;<br><br>**CHRISTOPHER FRANCIS BETTS,**<br>  an individual; and | Case No. SACV09-770 DOC(ANx)<br><br>**COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF** |

**FRANK SULLIVAN,**
  an individual,    )
                    )
        Defendants.    )
_____)

Plaintiff, the Federal Trade Commission ("FTC"), for its Complaint alleges:

1.    The FTC brings this action under Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), to obtain temporary, preliminary, and permanent injunctive relief, rescission or reformation of contracts, restitution, the refund of monies paid, disgorgement of ill-gotten monies, and other equitable relief for Defendants' acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## JURISDICTION AND VENUE

2.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337(a), and 1345, and 15 U.S.C. §§ 45(a) and 53(b).

3.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c), and 15 U.S.C. § 53(b).

## PLAINTIFF

4.    Plaintiff FTC is an independent agency of the United States Government created by statute. 15 U.S.C. §§ 41-58. The FTC enforces Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or practices in or affecting commerce.

5.    The FTC is authorized to initiate federal district court proceedings, by its own attorneys, to enjoin violations of the FTC Act and to secure such equitable relief as may be appropriate in each case, including restitution and disgorgement. 15 U.S.C. §§ 53(b), 56(a)(2)(A).

## DEFENDANTS

6.    Defendant LucasLawCenter "incorporated" ("Lucas Law Center"), also doing business as Lucas Law Center, is a California corporation with its principal place of business at 65 Enterprise, Aliso Viejo, California. Lucas Law

1   Center transacts or has transacted business in this District and throughout the

2   United States. At all times material to this Complaint, acting alone or in concert

3   with others, Lucas Law Center has advertised, marketed, or sold mortgage loan

4   modification services to consumers throughout the United States.

5       7.      Defendant Future Financial Services, LLC ("FFS"), also doing

6   business as Lucas Law Center, is a limited liability company with its principal

7   place of business at 65 Enterprise, Aliso Viejo, California. FFS transacts or has

8   transacted business in this District and throughout the United States. At all times

9   material to this Complaint, acting alone or in concert with others, FFS has

10  advertised, marketed, or sold mortgage loan modification services to consumers

11  throughout the United States.

12      8.      Defendant Paul Jeffrey Lucas ("Lucas") is the owner, CEO, CFO, and

13  Secretary of Lucas Law Center and is also a director of Lucas Law Center. At all

14  times material to this Complaint, acting alone or in concert with others, he has

15  formulated, directed, controlled, had the authority to control, or participated in the

16  acts and practices set forth in this Complaint. Defendant Lucas resides in this

17  District and in connection with the matters alleged herein, transacts or has

18  transacted business in this District and throughout the United States.

19      9.      Defendant Christopher Francis Betts ("Betts") is the owner and

20  operator of FFS. At all times material to this Complaint, acting alone or in concert

21  with others, he has formulated, directed, controlled, had the authority to control, or

22  participated in the acts and practices set forth in this Complaint. Defendant Betts

23  resides in this District and in connection with the matters alleged herein, transacts

24  or has transacted business in this District and throughout the United States.

25      10.     Defendant Frank Sullivan ("Sullivan") is a supervisor and manager of

26  FFS. At all times material to this Complaint, acting alone or in concert with others,

27  he has formulated, directed, controlled, had the authority to control, or participated

28  in the acts and practices set forth in this Complaint. Defendant Sullivan resides in

1    this District and in connection with the matters alleged herein, transacts or has

2    transacted business in this District and throughout the United States.

3        11.    Defendants Lucas Law Center and FFS (collectively, "Corporate

4    Defendants") have operated as a common enterprise while engaging in the

5    deceptive acts and practices alleged below.  Defendants have conducted the

6    business practices described below through interrelated companies that have

7    common managers, business functions, employees, and office locations.   Because

8    these Corporate Defendants have operated as a common enterprise, each of them is

9    jointly and severally liable for the acts and practices alleged below.  Individual

10   Defendants Lucas, Betts, and Sullivan, acting individually or jointly, have

11   formulated, directed, controlled, have the authority to control, or participated in the

12   acts and practices of the Corporate Defendants that constitute the common

13   enterprise.

14                              **COMMERCE**

15       12.    At all times material to this Complaint, Defendants have maintained a

16   substantial course of trade in or affecting commerce, as "commerce" is defined in

17   Section 4 of the FTC Act, 15 U.S.C. § 44.

18                    **DEFENDANTS' BUSINESS PRACTICES**

19       13.    Since at least June 2008, Defendants have engaged in a course of

20   conduct to advertise, market, offer to sell, and sell to consumers purported

21   mortgage loan modification and foreclosure avoidance services.  Defendants

22   market their services under the name "Lucas Law Center."  Defendants market

23   their services to homeowners who are in financial distress, delinquent on their

24   mortgage loans, or in danger of losing their homes to foreclosure.  Defendants

25   charge consumers between $2000 and $3995 in up-front fees for their so called

26   mortgage loan modification.

27       14.    Defendants conduct an extensive advertising campaign through radio

28   ads to promote their mortgage loan modification and foreclosure avoidance

                                      4

1 services.  Defendants' advertisements air on radio stations.  These advertisements
2 direct homeowners who are struggling to pay their mortgages to call Defendants'
3 toll-free telephone number or to visit one of Defendants' Web sites:
4 www.lucaslascenter.com or www.oclawoffices.us.

5     15.    Defendants' Web sites contain statements to induce consumers to
6 purchase their mortgage loan modification and foreclosure avoidance counseling
7 services, including:

8        a.    We are able to get to the right people, the lenders' attorneys.
9     We negotiate directly with the people at the lenders who can
10     make decisions, and make the most logical ones for both the
11     lender and the borrower.

12        b.    You might never have heard of the Lucas Law Center, but the
13     attorneys for Countrywide [Financial] have, and so have the
14     attorneys for Wells Fargo [Home Mortgage], First Federal,
15     Litton [Loan Servicing LP], Ocwen [Financial Corporation],
16     Washington Mutual [Inc.], America's Servicing Company,,
17     [sic] and many other large scale lenders and servicers.  We are
18     also known by many of the so-called "hard money lenders" who
19     have taken advantage of our clients.

20        c.    The Lucas Law Center working with their first class network of
21     over 30 affiliated attorneys will help you save your home, and
22     provide a financial solution that works for you, and your
23     family.

24        d.    To avoid falling victim to a predatory lender twice, we suggest
25     hiring an attorney, whether our firm or another[.]

26        e.    Our objective is simple: to utilize our intimate knowledge of
27     Federal and Consumer Homeowner Laws to help our clients in
28     this housing crisis that is threatening the American Dream.

f.     Coupling his real estate experience with his insider understanding of how the mortgage industry works, Paul [Lucas] is in a unique position when dealing with lenders to negotiate better terms for his client's mortgages, and fight for borrowers whom have been mislead [sic], or otherwise defrauded by unscrupulous mortgage brokers, and lenders.

g.     Our company specializes in resolutions of mortgage delinquencies or home foreclosure claims on behalf of you, the homeowner.  We perform a detailed financial analysis and work with you to determine your best alternatives.  We review your lender's loss mitigation policies and your state's foreclosure law to make sure that we give you the best service within the context of your situation.  By working with you and your lender, we can tailor a resolution to meet your specific criteria and financial circumstance.

h.     We have some of the most experienced and well respected specialists in the industry whose sole purpose is to save your house, not buy it, sell it, or send you into bankruptcy.

i.     We specialize in out-of-court resolutions of government and nongovernment [sic] mortgage delinquencies or home foreclosure claims for homeowners.

j.     We take care of all the paperwork and all of the negotiating.

k.     Our staff has years of experience working with lenders and have the credibility and reputation to work with even the toughest lenders.  We have contacts at most lenders and banks and will always be taken seriously.

l.     We offer a money back guarantee if we cannot get you a work out agreement with your lender(s) as long as no sale date has been set.

16.    Both of the Web sites urge consumers to call the toll-free number, 888 670-7370, for a "free" consultation.

17.    Consumers speak to Defendants' representatives when they call the toll-free number provided in Defendants' Internet or radio advertising, or when Defendants return the consumers' calls.

18.    During the sales calls, Defendants' representatives collect information from consumers, including details about the consumers' mortgages and income. After consumers provide this information, the representatives often tell consumers they are candidates for a loan modification.

19.    Defendants' representatives typically promise consumers that Defendants will help modify consumers' mortgage loans to make their payments more affordable, and in numerous cases, representatives claim that they can prevent foreclosure.

20.    In numerous instances, Defendants' representatives tell consumers that Defendants have a success rate in the ninetieth percentile with their lender.

21.    In numerous instances, Defendants' representatives tell consumers that they will obtain a loan modification within a specified period of time, typically no more than a couple of months.

22.    Defendants' representatives typically instruct consumers that they must pay a large portion of Defendants' fee, usually half or more, up-front. The total fee ranges from $2000 and $3995.

23.    In numerous instances, Defendants' representatives tell consumers that if they are not satisfied with Defendants' service they are entitled to a full refund of the fees paid.

24.    In numerous instances, after consumers pay Defendants' fee, Defendants fail to answer or return consumers' telephone calls or provide updates about the status of Defendants' purported communications with the consumers' lenders.  In other instances, Defendants misrepresent to consumers that negotiations are proceeding smoothly.  In other instances, Defendants misrepresent that lenders are the cause for delay.  In numerous instances, Defendants make little, if any, effort to contact the lender.

25.    In numerous instances, Defendants' representatives encourage consumers to stop paying their mortgages, telling consumers that delinquency will demonstrate the consumers' hardship to the lender and make it easier to obtain a loan modification.  In some instances, Defendants advise consumers that lenders will not negotiate unless the consumers are at least a few months delinquent in their mortgage payments.  In numerous other instances, Defendants advise consumers not to contact their lenders.

26.    In numerous instances, Defendants fail to obtain mortgage loan modifications.  In numerous instances, consumers learn from their lenders that Defendants have not contacted the lender or that Defendants have had only minimal, non-substantive contacts with the lender.  Some consumers who paid for Defendants' services are able to obtain mortgage loan modifications and avoid foreclosure only through their own efforts and not because of any service provided, or promised, by Defendants.

27.    In numerous instances, consumers who do not obtain loan modifications encounter difficulty in obtaining promised refunds.  In many instances, consumers only receive refunds after making repeated requests or complaining to entities such as the Better Business Bureau, the California Attorney General, the California Bar, or the local criminal authority.  In many instances, Lucas Law Center does not provide a refund or provides refunds substantially less than the consumer paid.

## VIOLATIONS OF SECTION 5 OF THE FTC ACT

28.     Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts and practices in or affecting commerce."

29.     Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act.

## Count I

30.     In numerous instances in connection with the advertising, marketing, promotion, offering for sale, or sale of mortgage loan modification services to consumers throughout the United States, Defendants represent to consumers, directly or indirectly, expressly or by implication, that Defendants will obtain a mortgage loan modification in all or virtually all instances.

31.     In truth and in fact, Defendants do not obtain a mortgage loan modification in all or virtually all instances.

32.     Therefore, Defendants' representation as set forth in Paragraph 30 of this Complaint is false and misleading and constitutes a deceptive act or practice in violation of Section 5(a) of the FTC Act, 15 U.S. C. § 45(a).

## Count II

33.     In numerous instances in connection with the advertising, marketing, promotion, offering for sale, or sale of mortgage loan modification services to consumers throughout the United States, Defendants represent to consumers, directly or indirectly, expressly or by implication, that Defendants will give full refunds to consumers if Defendants fail to obtain a modification of their loan.

34.     In truth and in fact, in numerous instances in which Defendants have made the representations set forth in Paragraph 33 of this Complaint, Defendants do not give full refunds to consumers when Defendants fail to obtain a modification of their loan.

35.   Therefore, Defendants' representation as set forth in Paragraph 33 of this Complaint is false and misleading and constitutes a deceptive act or practice in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## CONSUMER INJURY

36.   Consumers have suffered and will continue to suffer substantial injury as a result of Defendants' violations of the FTC Act. In addition, Defendants have been unjustly enriched as a result of their unlawful acts or practices. Absent injunctive relief by this Court, Defendants are likely to continue to injure consumers, reap unjust enrichment, and harm the public interest.

## THIS COURT'S POWER TO GRANT RELIEF

37.   Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of the FTC Act. The Court, in the exercise of its equitable jurisdiction, may award ancillary relief, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies, to prevent and remedy any violation of any provision of law enforced by the FTC.

## PRAYER FOR RELIEF

Wherefore, Plaintiff Federal Trade Commission, pursuant to Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), and the Court's own equitable powers, requests that the Court:

A.   Award Plaintiff such preliminary injunctive and ancillary relief as may be necessary to avert the likelihood of consumer injury during the pendency of this action, and to preserve the possibility of effective final relief, including but not limited to temporary and preliminary injunctions, an order freezing assets and providing for immediate access, and appointment of a receiver;

B.   Enter a permanent injunction to prevent future violations of the FTC Act by Defendants;

1    C.    Award such relief as the Court finds necessary to redress injury to

2  consumers resulting from Defendants' violations of the FTC Act, including but not

3  limited to rescission or reformation of contracts, restitution, the refund of monies

4  paid, and the disgorgement of ill-gotten monies; and

5    D.    Award Plaintiff the costs of bringing this action, as well as such other

6  and additional relief as the Court may determine to be just and proper.

7

8                                    Respectfully submitted,

9                                    WILLARD K. TOM
                                      General Counsel

10
                                      DEANYA T. KUECKELHAN
11                                    Regional Director

12
    Dated: July ___, 2009
13                                    _____
                                      James E. Elliott, Attorney-in-Charge
14                                       jelliott@ftc.gov
                                      Texas Bar Number 06557100
15                                    James E. Hunnicutt, Attorney
                                         jhunnicutt@ftc.gov
16                                    Texas Bar Number 24054252
                                      Federal Trade Commission
17                                    1999 Bryan Street, Suite 2150
                                      Dallas, Texas 75201
18                                    (214) 979-9373  (Mr. Elliott)
                                      (214) 979-9381  (Mr. Hunnicutt)
19                                    (214) 979-9350  (Office)
                                      (214) 953-3079  (Facsimile)

20
                                      John D. Jacobs (Local Counsel)
21                                       jjacobs@ftc.gov
                                      California Bar No. 134154
22                                    Federal Trade Commission
                                      10877 Wilshire Blvd., Ste. 700
23                                    Los Angeles, California  90024
                                      (310) 824-4343 (voice)
24                                    (310) 824-4380 (fax)

25                                    Attorneys for Plaintiff
                                      FEDERAL TRADE COMMISSION
26

27

28

                                       11

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>FEDERAL TRADE COMMISSION | **DEFENDANTS**<br>See Attachment 1<br><br><br>ORANGE COUNTY, CALIFORNIA 92656 |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>See Attachment 2 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES -** For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify):

☐ 6 Multi-District Litigation

☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No        ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Action under 15 U.S.C. Sec. 53(b) to obtain temporary, preliminary and permanent injunctive relief against defendants to prevent deceptive acts and practices.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☑ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | IMMIGRATION | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**SACV09-770 DOC(ANX)**

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or

                 ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

                 ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

                 ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☑   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ALL DEFENDANTS: ORANGE COUNTY | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY, CALIFORNIA | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
<u>Note</u>: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _~signature~_    Date JULY 7, 2009

     **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

ATTACHMENT 1 TO CIVIL COVER SHEET

1  WILLARD K. TOM
   General Counsel
2
   JAMES E. ELLIOTT
3      jelliott@ftc.gov
   Texas Bar No. 06557100
4  JAMES E. HUNNICUTT
       jhunnicutt@ftc.gov
5  Texas Bar No. 24054252
   Federal Trade Commission
6  1999 Bryan Street, Suite 2150
   Dallas, Texas 75201
7  (214) 979-9373 (Elliott)
   (214) 979-9381 (Hunnicutt)
8  (214) 953-3079 (Fax)

9
   JOHN D. JACOBS
10     jjacobs@ftc.gov
   California Bar No. 134154
11 Federal Trade Commission
   10877 Wilshire Blvd., Ste. 700
12 Los Angeles, California  90024
   (310) 824-4343 (voice)
13 (310) 824-4380 (fax)

14 Attorneys for Plaintiff
   FEDERAL TRADE COMMISSION
15

16              UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
17                  SOUTHERN DIVISION

18 _____
                                        )
19 **FEDERAL TRADE COMMISSION,**         )    Case No.
                                        )
20            Plaintiff,                 )
                                        )    **COMPLAINT FOR**
21            v.                         )    **INJUNCTIVE AND**
                                        )    **OTHER EQUITABLE**
22 **LUCASLAWCENTER "INCORPORATED",**    )    **RELIEF**
     a corporation, also d/b/a Lucas Law Center;  )
23 **FUTURE FINANCIAL SERVICES, LLC,**   )
     a limited liability company, also   )
24   d/b/a Lucas Law Center;             )
                                        )
25 **PAUL JEFFREY LUCAS,**               )
     an individual;                      )
26                                       )
   **CHRISTOPHER FRANCIS BETTS,**        )
27   an individual; and                  )
                                        )
28                                       )

ATTACHMENT 1 TO CIVIL COVER SHEET

1  **FRANK SULLIVAN,**                                    )
      an individual,                                      )
2                                                         )
                        Defendants.                       )
3  _____)

4      Plaintiff, the Federal Trade Commission ("FTC"), for its Complaint alleges:

5      1.     The FTC brings this action under Section 13(b) of the Federal Trade

6  Commission Act ("FTC Act"), 15 U.S.C. § 53(b), to obtain temporary,

7  preliminary, and permanent injunctive relief, rescission or reformation of contracts,

8  restitution, the refund of monies paid, disgorgement of ill-gotten monies, and other

9  equitable relief for Defendants' acts or practices in violation of Section 5(a) of the

10 FTC Act, 15 U.S.C. § 45(a).

11                        **JURISDICTION AND VENUE**

12     2.     This Court has subject matter jurisdiction pursuant to 28 U.S.C.

13 §§ 1331, 1337(a), and 1345, and 15 U.S.C. §§ 45(a) and 53(b).

14     3.     Venue is proper in this district under 28 U.S.C. § 1391(b) and (c), and

15 15 U.S.C. § 53(b).

16                                **PLAINTIFF**

17     4.     Plaintiff FTC is an independent agency of the United States

18 Government created by statute.  15 U.S.C. §§ 41-58.  The FTC enforces Section

19 5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or

20 practices in or affecting commerce.

21     5.     The FTC is authorized to initiate federal district court proceedings, by

22 its own attorneys, to enjoin violations of the FTC Act and to secure such equitable

23 relief as may be appropriate in each case, including restitution and disgorgement.

24 15 U.S.C. §§ 53(b), 56(a)(2)(A).

25                               **DEFENDANTS**

26     6.     Defendant LucasLawCenter "incorporated" ("Lucas Law Center"),

27 also doing business as Lucas Law Center, is a California corporation with its

28 principal place of business at 65 Enterprise, Aliso Viejo, California.  Lucas Law

2

ATTACHMENT 2 TO CIVIL COVER SHEET
LIST OF ATTORNEYS FOR PLAINTIFF

JAMES E. ELLIOTT
    jelliott@ftc.gov
Texas Bar No. 06557100
JAMES E. HUNNICUTT
    jhunnicutt@ftc.gov
Texas Bar No. 24054252
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9373 (Elliott)
(214) 979-9381 (Hunnicutt)
(214) 953-3079 (Fax)


JOHN D. JACOBS
    jjacobs@ftc.gov
California Bar No. 134154
Federal Trade Commission
10877 Wilshire Blvd., Ste. 700
Los Angeles, California  90024
(310) 824-4343 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

### SACV09- 770 DOC (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=======================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [_] Western Division | [X] Southern Division | [_] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

JAMES E. ELLIOTT
jelliott@ftc.gov; Texas Bar No. 06557100
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9373  (See attached for other counsel)

**FOR OFFICE USE ONLY**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>PLAINTIFF(S)<br><br>v.<br><br>LUCASLAWCENTER "INCORPORATED",<br>*A corporation, also d/b/a Lucas Law<br>Center; see attached for other defendants*<br><br>DEFENDANT(S). | CASE NUMBER<br>**SACV09-770 DOC(ANX)**<br><br><br><br>**SUMMONS** |

TO:    DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, __James E. Elliott_____, whose address is _Federal Trade Commission, SWR, 1999 Bryan St., Ste 2150, Dallas, Texas  75201___.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JUL - 7 2009_____

By: ___*Nancy Castro*_____
                Deputy Clerk

*(Seal of the Court)*

**FOR OFFICE USE ONLY**

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                              SUMMONS

ATTACHMENT OF DEFENDANTS

1  WILLARD K. TOM
   General Counsel
2
   JAMES E. ELLIOTT
3       jelliott@ftc.gov
   Texas Bar No. 06557100
4  JAMES E. HUNNICUTT
        jhunnicutt@ftc.gov
5  Texas Bar No. 24054252
   Federal Trade Commission
6  1999 Bryan Street, Suite 2150
   Dallas, Texas 75201
7  (214) 979-9373 (Elliott)
   (214) 979-9381 (Hunnicutt)
8  (214) 953-3079 (Fax)

9
   JOHN D. JACOBS
10      jjacobs@ftc.gov
   California Bar No. 134154
11 Federal Trade Commission
   10877 Wilshire Blvd., Ste. 700
12 Los Angeles, California  90024
   (310) 824-4343 (voice)
13 (310) 824-4380 (fax)

14 Attorneys for Plaintiff
   FEDERAL TRADE COMMISSION
15

16              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
17                    SOUTHERN DIVISION

18 _____
   
19 FEDERAL TRADE COMMISSION,          )    Case No.
                                      )
20          Plaintiff,                )
                                      )
21              v.                    )    **COMPLAINT FOR**
                                      )    **INJUNCTIVE AND**
22 LUCASLAWCENTER "INCORPORATED",     )    **OTHER EQUITABLE**
     a corporation, also d/b/a Lucas Law Center;  )    **RELIEF**
23                                    )
   FUTURE FINANCIAL SERVICES, LLC,    )
24   a limited liability company, also )
     d/b/a Lucas Law Center;          )
25                                    )
   PAUL JEFFREY LUCAS,                )
26   an individual;                   )
                                      )
27 CHRISTOPHER FRANCIS BETTS,         )
     an individual; and              )
28                                    )

1  **FRANK SULLIVAN,**                                                )
     an individual,                                                          )
2                                                                                  )
                              Defendants.                           )
3  _____)

4      Plaintiff, the Federal Trade Commission ("FTC"), for its Complaint alleges:

5      1.    The FTC brings this action under Section 13(b) of the Federal Trade

6  Commission Act ("FTC Act"), 15 U.S.C. § 53(b), to obtain temporary,

7  preliminary, and permanent injunctive relief, rescission or reformation of contracts,

8  restitution, the refund of monies paid, disgorgement of ill-gotten monies, and other

9  equitable relief for Defendants' acts or practices in violation of Section 5(a) of the

10  FTC Act, 15 U.S.C. § 45(a).

11             **JURISDICTION AND VENUE**

12      2.    This Court has subject matter jurisdiction pursuant to 28 U.S.C.

13  §§ 1331, 1337(a), and 1345, and 15 U.S.C. §§ 45(a) and 53(b).

14      3.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c), and

15  15 U.S.C. § 53(b).

16                  **PLAINTIFF**

17      4.    Plaintiff FTC is an independent agency of the United States

18  Government created by statute. 15 U.S.C. §§ 41-58. The FTC enforces Section

19  5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or

20  practices in or affecting commerce.

21      5.    The FTC is authorized to initiate federal district court proceedings, by

22  its own attorneys, to enjoin violations of the FTC Act and to secure such equitable

23  relief as may be appropriate in each case, including restitution and disgorgement.

24  15 U.S.C. §§ 53(b), 56(a)(2)(A).

25                **DEFENDANTS**

26      6.    Defendant LucasLawCenter "incorporated" ("Lucas Law Center"),

27  also doing business as Lucas Law Center, is a California corporation with its

28  principal place of business at 65 Enterprise, Aliso Viejo, California. Lucas Law

## LIST OF ATTORNEYS FOR PLAINTIFF

JAMES E. ELLIOTT
     jelliott@ftc.gov
Texas Bar No. 06557100
JAMES E. HUNNICUTT
     jhunnicutt@ftc.gov
Texas Bar No. 24054252
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9373 (Elliott)
(214) 979-9381 (Hunnicutt)
(214) 953-3079 (Fax)


JOHN D. JACOBS
     jjacobs@ftc.gov
California Bar No. 134154
Federal Trade Commission
10877 Wilshire Blvd., Ste. 700
Los Angeles, California  90024
(310) 824-4343 (voice)
(310) 824-4380 (fax)

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION