# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | **CASE NO. SACV 09-0770 DOC (ANx)** |
| **Plaintiff,** | |
| v. | **JUDGMENT** |
| **LUCASLAWCENTER, INC., ET AL.,** | |
| **Defendants.** | |

This Court, having granted partial summary judgment in favor of Plaintiff, and the parties having entered into a stipulation for dismissal without prejudice as to the remaining claims, hereby enters judgment on the merits against Defendants and in favor of Plaintiff. The Court orders joint and several liability between all Defendants in the amount of $6,120,000.

The Court has also entered a Final Order for Permanent Injunction and Other Equitable Relief, Dkt. 177. That order shall be deemed effective as of the date of this Judgment.

IT IS SO ORDERED.

DATED: June 25, 2010

_____
DAVID O. CARTER
United States District Judge